ALLACCESS LAW GROUP
  Irene Karbelashvili, State Bar Number 232223
  irene@allaccesslawgroup.com
  Irakli Karbelashvili, State Bar Number 302971
  irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:    (408) 295-0137
Facsimile:    (408) 295-0142

Attorneys for LENA MACIAS, Plaintiff

James Cai (SBN 200189)
Woody Wu (SBN 309317)
SAC Attorneys, LLP
1754 Technology Dr., Suite 122
San Jose, California, 95110
Telephone: (408) 436–0789
Facsimile: (408) 436–0758

Attorneys for Defendants

ZENH SAU VONG and SBK PHONE
AND MONUMENT SERVICES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| LENA MACIAS,<br><br>                    Plaintiff,<br><br>ZENH SAU VONG, et al.<br><br>                    Defendants. | Case No. 19-cv-00572-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff LENA MACIAS ("Plaintiff") and Defendants ZENH SAU VONG and SBK PHONE AND MONUMENT SERVICES INC. (collectively, "Defendants") hereby stipulate through their undersigned counsel that this action be dismissed in its entirety with prejudice against Defendants pursuant to FRPC 41(a)(2) with each side her/its own attorneys' fees, costs, and litigation expenses. The parties further stipulate and request that the Court retain jurisdiction over the agreement in accordance with the provisions of General Order No. 56.

                                                Respectfully submitted,

Dated: January 24, 2020                  */s/ Irakli Karbelashvili*
                                                Irakli Karbelashvili, Attorney for
                                                Plaintiff LENA MACIAS

Dated: January 24, 2020                  */s/ James Cai*
                                                James Cai, Attorney for
                                                Defendants ZENH SAU and SBK
                                                PHONE AND MONUMENT SERVICE
                                                INC.,

### **Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received concurrence from defense counsel in the filing of this document.

                                                */s/ Irakli Karbelashvili*
                                                Irakli Karbelashvili

**ORDER**

Having reviewed the above stipulation, and good case having been shown, this action is dismissed with prejudice with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The Court retain jurisdiction over the settlement agreement.

**IT SO ORDERED.**

Dated: January 28, 2020

